```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA


     - against -                                    18 Cr. 657 (DAB)
                                                         ORDER

Henry Fermin

          Defendant.
--------------------------------------X
DEBORAH A. BATTS, United States District Judge.
```

The Sentencing in the above captioned case that scheduled for Tuesday, January 14, 2020 at 2:30 PM is rescheduled to Tuesday, April 14, 2020 at 11:00 AM.

SO ORDERED

DATED:   New York, New York
         November 14, 2019

_____
Deborah A. Batts
United States District Judge