```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
UNITED STATES OF AMERICA


     - against -                             18 Cr. 657 (DAB)
                                                  ORDER

Henry Fermin

              Defendant.
--------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The sentencing in the above case that was scheduled for Tuesday, April 14, 2020 at 11:00 AM is cancelled. The sentencing is adjourned <u>sine die</u>.

SO ORDERED

DATED:   New York, New York
         November 25, 2019

*Deborah A. Batts* (signature)
Deborah A. Batts
United States District Judge