USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/13/2020

**MEMO ENDORSED**

# Law Offices of Susan G. Kellman

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

April 9, 2020

ALCarterSDNYChambers@nysd.uscourts.gov
Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

      Re:   *United States v. Henry Fermin*
            18 Cr. 657 (ALC)

Dear Judge Carter,

Counsel was appointed to represent Henry Fermin in connection with the above-reference matter. Mr. Fermin's case was re-assigned to your Honor following the untimely passing of the Hon. Deborah A. Batts.

On November 25, 2019, Judge Batts adjourned Mr. Fermin's sentencing date, then April 14, 2020, *sine die*. (ECF Document #114) Since there is nothing calendared regarding the progress of Mr. Fermin's matter, counsel thought it prudent to reach out to the Court to ensure that this case wasn't overlooked.

I await your Honor's instruction as to how we can proceed.

Respectfully submitted,

/s/

Susan G. Kellman

cc:    Andrew Chan, Esq.
        Asst. United States Attorney

Sentencing set for **July 15, 2020 at 10:00 a.m.**
Dated: April 13, 2020

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE