MEMO ENDORSED

# LAW OFFICES OF SUSAN G. KELLMAN

25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

March 25, 2021

ALCarterNYSDChambers@nysd.uscourts.gov
The Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Centre Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/25/21

        Re:    *United States v. Henry Fermin*
                18 Cr. 659 (ALC)

Dear Judge Carter:

      The above-referenced matter was transferred to your Honor following the sad and untimely passing of the Honorable Deborah A. Batts.

      This letter is respectfully submitted to request that Mr. Fermin's sentencing be further adjourned until a date and time convenient to your Honor in the Fall of 2021. Counsel makes this request in the hopes that the courthouse will be back in action by then, so that Mr. Fermin can be present in court for his sentencing. Counsel believes that in-person sentencings best serve all parties and the ends of justice; here, it seems particularly appropriate given that your Honor has yet to meet Mr. Fermin.

      Government counsel consents to this request.

      The Court's attention to this request is appreciated.

                                Respectfully submitted,

                                  /s/

                                Susan G. Kellman

cc:    Andrew Chan, Esq.
        Asst. United States Attorney

The application is **GRANTED.** The 6/4/21 sentencing is adjourned to 10/15/21 at 11:00 a.m.
So Ordered.

*/s/ Andrew L. Carter*  3/25/21