```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10-31-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                      Plaintiff,

      -against-

HENRY FERMIN,

                      Defendant.

--------------------------------------------------------------- x

18-CR-657 (ALC)

ORDER

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is scheduled for **November 1, 2022** at **12:00 p.m.** Members of the public and the press may attend the conference by dialing the Audio-only line, 1-669-254-5252, once prompted, should dial meeting ID: 160 8982 6134.

**SO ORDERED.**

Dated:    New York, New York
            October 31, 2022

                                                        _/s/ Andrew L. Carter, Jr._
                                                        ANDREW L. CARTER, JR.
                                                        United States District Judge