ORIGINAL

| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: 5-9-23 |

---

UNITED STATES

vs.

Henry Fermin

---

18 Cr. 657 (ALC)

Order

To: U.S. Marshals Office

**It is hereby ordered :**

That the Defendant, Henry Fermin, Reg # 86138-054

having been sentenced in the above case to a term of Time Served; The U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

_____
United States District Judge

5/4/23
Date